# United States Bankruptcy Court
## Southern District of New York

In re   **Justina Milagros Pimentel**        Case No.   **19-11086**

Debtor(s)      Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **April  8, 2019**        **/s/ Justina Milagros Pimentel**

**Justina Milagros Pimentel**
Signature of Debtor

CARLOS DIEP
622 WEST 137TH STREET, BASEMEN
NEW YORK, NY 10031


CHASE
PO BOX 182613
COLUMBUS, OH 43218


CITIBANK
399 PARK AVENUE
NEW YORK, NY 10022


CON EDISON
4 IRVING PLACE
NEW YORK, NY 10003


DRESS BARN
CAPITAL ONE
POB 71106
CHARLOTTE, NC 28272


INTERNAL REVENUE SERVICES
PO BOX 7346
PHILADELPHIA, PA 19101


JP MORGAN CHASE
C/O FEIN SUCH KAHN & SHEPHARD
7 CENTURY DRIVE, STE. 201
PARSIPPANY, NJ 07054


NYC DEPARTMENT OF FINANCE
BANKRUPTCY AND AUDIT UNIT
345 ADAM STREET, 10TH FLOOR
BROOKLYN, NY 11201


NYC WATER BOARD
BANKRUPTCY UNIT
59-17 JUNCTION BLVD
CORONA, NY 11368


NYS DEPT. OF TAX AND FINANCE
BANKRUPTCY DIVISION
PO BOX 5300
ALBANY, NY 12205

OATH
66 JOHN STREET
NEW YORK, NY 10038


PORTFOLIO RECOVERY
POB 12903
NORFOLK, VA 23541


PORTFOLIO RECOVERY
POB 12914
NORFOLK, VA 23541